D. C. CLARKE, *Appellant*, v. BANK OF SARASOTA, A CORPO-RATION, ALICE E. FAUBEL IN HER OWN RIGHT AND AS EX-ECUTRIX OF THE LAST WILL AND TESTAMENT OF J. H. FAU-BEL, DECEASED, *Appellees*.

Division B.

Opinion Filed November 30, 1926.

Petition for rehearing denied February 15, 1927.

An Appeal from the Circuit Court for Sarasota County; W. T. Harrison, Judge.

*Albritton & Clarke*, for Appellants;

*Sawyer, Surrency, Carter & Keen* for Appellees.

PER CURIAM.—The record in this cause has been examined and the motion to dismiss for lack of proper parties is granted on authority of Sherlock v. Couper, 43 Fla. 51, 29 South. Rep. 444; Bridges & Co. v. Carlton, 56 Fla. 843, 48 South. Rep. 46; Bate v. Cook, 89 Fla. 40, 103 South. Rep. 126; Armour Fertilizer Works v. N. G. Wade Inv. Co., — Fla. 105 South. Rep. 819.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.

ELLIS, C. J., AND STRUM AND BROWN, J. J., concur in the opinion.